IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ASHLEY MATTIO and,<br>JESSE MATTIO,<br>Wife and Husband | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No. 2:11-CV-232 |
| vs. | ) ) | |
| JOHN WALLACE, | ) | **HEARING REQUESTED** |
| Defendant. | ) ) | |

---

### PLAINTIFFS' MOTION IN LIMINE

---

The Plaintiffs file this Motion in Limine and respectfully request an Order based on the following:

1.    The Plaintiffs have sought an independent medical examination and expert testimony from Dr. William Kennedy in relation to this case.

2.    As a result of a prior, unrelated case, Dr. Kennedy's membership in the American Association of Orthopaedic Surgeons / American Academy of Orthopaedic Surgeons ("AAOS") is temporarily suspended.

3.    The facts associated with Dr. Kennedy's temporary suspension are not similar to facts at issue in the present case.

4.    The AAOS reviewing committee's decision to temporarily suspend Dr. Kennedy's membership is unreliable in this, unrelated case.

1

5.      It is expected, however, that defense counsel will make reference to and question Dr. Kennedy about the opinion of and suspension from the AAOS throughout the trial of this case.

6.      Reference to Dr. Kennedy's temporary suspension would be unfairly prejudicial to the Plaintiffs.

7.      Reference to Dr. Kennedy's temporary suspension would confuse the issues at trial.

8.      Reference to Dr. Kennedy's temporary suspension would waste the court's time.

9.      So, the probative value of any such questioning or reference would be substantially outweighed by the risks of unfair prejudice, confusion of the issues, and waste of time and should be excluded under Federal Rules of Evidence, Rule 403.

**WHEREFORE**, the Plaintiffs respectfully request that reference to the opinion of the AAOS in any manner whatsoever be prohibited during all stages of this litigation and the trial of this case. Further, the Plaintiffs request a hearing on this motion.

Respectfully submitted this 12th day of March, 2012.

/s Larry V. Roberts
Larry V. Roberts (BPR # 015873)
Attorney for the Plaintiffs
106 Pinnacle Drive, Suite 108
Johnson City, TN 37615
(423) 282-9697

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Plaintiffs' Motion in Limine was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Terrill Adkins, Esq.
Trammell, Adkins & Ward, P.C.
PO Box 51450
Knoxville, TN  37950

Donald Howell, Esq.
Frantz, McConnell & Seymour, LLP
550 W. Main Avenue, Suite 500
P.O. Box 39
Knoxville, TN  37901

This 12th day of March, 2012.

/s Larry V. Roberts
Larry V. Roberts

Case 2:11-cv-00232-DHI   Document 23   Filed 03/12/12   Page 3 of 3   PageID #: 102